UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TWYLER WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2264** |
| **PANTHER TRANSPORTATION, II, ET AL** | **SECTION: "S" (1)** |

### ORDER AND REASONS

This matter was removed to this court based upon diversity jurisdiction. The court having been informed that the parties have stipulated that the amount in controversy is less than $75,000.00, the court lacks jurisdiction over this matter, and accordingly,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the 21st Judicial District Court for the Parish of Tangipahoa.

New Orleans, Louisiana, this  21st  day of September, 2020.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**